UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 15 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HONOLULUTRAFFIC.COM; et al.,<br><br>                Plaintiffs - Appellants,<br><br>  v.<br><br>FEDERAL TRANSIT<br>ADMINISTRATION; et al.,<br><br>                Defendants - Appellees,<br><br> and<br><br>FAITH ACTION FOR COMMUNITY<br>EQUITY; et al.,<br><br>                Intervenor-Defendants -<br>Appellees. | No. 13-15277<br><br>D.C. No. 1:11-cv-00307-AWT<br>U.S. District Court for Hawaii,<br>Honolulu<br><br>**MANDATE** |

The judgment of this Court, entered February 18, 2014, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $3476.30.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rebecca Lopez
Deputy Clerk